DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**T.S.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D17-1761 and 4D17-1762

[August 2, 2018]

Consolidated appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Jerald D. Bryant, Judge; L.T. Case Nos. 472017CJ000017A and 472016CJ000159A.

Carey Haughwout, Public Defender, and Virginia Murphy, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Allan R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***